**LODGED**
CLERK, U.S. DISTRICT COURT
9/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   PUNEET V. KAKKAR (Cal. Bar No. 259816)
4  Assistant United States Attorney
   Deputy Chief, International Narcotics,
5   Money Laundering & Racketeering Section
   KEITH D. ELLISON (Cal. Bar No. 307070)
6  Assistant United States Attorney
   International Narcotics, Money
7   Laundering & Racketeering Section
        1400 United States Courthouse
8       312 North Spring Street
        Los Angeles, California 90012
9       Telephone: 213-894-5728/6920
        Facsimile: 213-894-0142
10      E-mail: puneet.kakkar@usdoj.gov
                keith.ellison2@usdoj.gov
11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
September 18, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VM  DEPUTY

13                 UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,          No. CR 20- MJ4486-Duty

16         Plaintiff,                 [~~PROPOSED~~] ORDER SEALING COMPLAINT
                                      AND RELATED DOCUMENTS
17         v.
                                      **(UNDER SEAL)**
18 ANDRES BERMUDEZ,

19         Defendant.

20      For good cause shown, IT IS HEREBY ORDERED THAT:

21      The complaint and any related documents in the above-titled case

22 (except the arrest warrant), the government's sealing application,

23 and this order shall be kept under seal until such time as the

24 government files a "Report Commencing Criminal Action" in this

25 matter.

26

27  September 18, 2020                      /s/ [signature]
28  DATE                                    HONORABLE MICHAEL R. WILNER
                                            UNITED STATES MAGISTRATE JUDGE

~~**OR IN CASE OF DENIAL:**~~

~~The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.~~

~~DATE~~

~~HONORABLE MICHAEL R. WILNER~~
~~UNITED STATES MAGISTRATE JUDGE~~