KEITH ELLISON
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 894-6920
Facsimile:  (213) 894-6436



FILED
CLERK, U.S. DISTRICT COURT
APR 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IB___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-MJ-04486 |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| ANDRES BERMUDEZ | ☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: Andres Bermudez
            Alias: Rafael Bermudez
BOP/Booking No: 6074356
      Detained by:   ☐ Warden _____
                    ☑ Other  Pitchess Detention Center South Facility
      Detained at: 29330 The Old Road, Castaic, CA
                        *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on ___June 21, 2021___ at ___1:00p.m___ before the Honorable Duty Magistrate Judge _____ Judge/Magistrate Judge.

Location:    ☑ U.S. District Court  Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012
                                     *(Court Address)*
            ☐ Other _____
                        *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: ___April 21, 2021___                    /s/
                                    _____
                                    *Signature of attorney*

***An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.***