KEITH D. ELLISON (Cal. Bar No. 307070)
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 894-6920
Facsimile:   (213) 894-6436



FILED
CLERK, U.S. DISTRICT COURT
Apr 21 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ib  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-MJ-04486 |
| v. | **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS** |
| ANDREWS BERMUDEZ, | ■ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus  ■ Ad Prosequendum  ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ANDRES BERMUDEZ

Alias: RAFAEL BERMUDEZ

on  June 21, 2021  at  1:00 p.m.  before Judge/Magistrate Judge *(Date of Appearance)*  (Time)   Magistrate Duty

Dated: 4/21/2021

U.S. District Judge/U.S. Magistrate Judge

1148

---

G-09 ORDER (10/06)   ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM