KEITH ELLISON
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, CA  90012
Telephone: (213) 894-6920
Facsimile: (213) 894-6436

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 2:20-MJ-04486 |
| v. | CV |
| ANDRES BERMUDEZ | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable __Magistrate Duty Judge__ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: __US Marshal__

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **ANDRES BERMUDEZ** before the Honorable _____ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __880__, located at Roybal Federal Bldg. 255 East Temple Street, Los Angeles, CA on __June 21, 2021__ at __1:00 p.m.__, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable __Magistrate Duty Judge__ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 04/21/2021

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

1148

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)