KEITH ELLISON
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, CA 90012
Telephone: (213) 894-6920
Facsimile: (213) 894-6436

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-MJ-04486 |
| v. ANDRES BERMUDEZ | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: Andres Bermudez DOB:7/21/1980
Alias: Rafael Bermudez
BOP/Booking No: 6074356
Detained by:  ☐ Warden
☑ Other LASD Men's Central Jail
Detained at: 441 Bauchet Street, Los Angeles, CA 90012
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on  June 21, 2021  at  1:00p.m  before the Honorable Duty Magistrate Judge  Judge/Magistrate Judge.

Location:  ☑ U.S. District Court  Roybal Federal Building 255 E Temple St. Los Angeles, CA 90012
*(Court Address)*
☐ Other
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: April 29, 2021

/s/ Keith Ellison
*Signature of attorney*

An **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)** MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.

G-09 (10/06)   APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM