**KEITH D. ELLISON (Cal. Bar No. 307070)**
**Assistant United States Attorney**
**312 North Spring Street, 14th Floor**
**Los Angeles, CA 90012**
**Telephone: (213) 894-6920**
**Facsimile:  (213) 894-6436**

FILED
CLERK, U.S. DISTRICT COURT

April 29, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VM____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| | 2:20-MJ-04486 |
| Plaintiff(s) | **ORDER ON** |
| | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| ANDRES BERMUDEZ, | ■ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus   ■ Ad Prosequendum   ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   ANDRES BERMUDEZ

  Alias: RAFAEL BERMUDEZ

on _____June 21, 2021_____ at ___1:00 p.m.__ before Judge/           Magistrate Duty
    Magistrate Judge *(Date of Appearance)*           (Time)

Dated:   April 29, 2021

_____
**Michael R. Wilner, U.S. Magistrate Judge**