FILED
2021 AUG 16 AM 9:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Andres         Bermudez<br>USMS# _____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>2:20 Mj 4486 – Duty<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 8/13/21    0800    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   21 USC 841   Possession with Intent to Distribute a Controlled Substance

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Rex Castro              (please print)

12. Office Phone Number: 213-220-2287          13. Agency: USPIS/FBI/HSI

14. Signature: /s/                              15. Date: 8/16/2021

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION