# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. MJ 20-4486    CourtSmart CS 8/19/2021    Date: 8/19/2021

Present: The Honorable Michael R. Wilner, U.S. Magistrate Judge

| Veronica Piper | Keith Ellison | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v.
Andres Bermudez
☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
Douglas Axel
☑ Present  ☑ CJA  ☐ Retd  ☐ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).    ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $ _____ .**  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM
  **FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
  Courtroom _____ before Judge _____ .
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in
  Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☑ Other: Waiver of Preliminary submitted and filed. The Court vacates the date for preliminary hearing. PIA will now be held on September 16, 2021 at 11:30 a.m.

**PROCEEDINGS:**    ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
                    ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
         ☐ GRANTED  ☐ DENIED
Court ORDERS bail as to the above-named defendant ☐ modified to ☐ set at: $ _____
    ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).    ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____
  before Judge _____ in Courtroom _____ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____    : 40
                                                    Deputy Clerk Initials vp