1  Douglas A. Axel (SBN 173814)
   daxel@sidley.com
2  SIDLEY AUSTIN LLP
   555 West Fifth Street
3  Los Angeles, CA 90013
   Telephone: +1 213 896 6000
4  Facsimile: +1 213 896 6600

5  Attorney for Defendant
   ANDRES BERMUDEZ
6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No. 2:20-MJ-04486 |
|---|---|---|
| 12 | Plaintiff, | **DEFENDANT ANDRES BERMUDEZ' UNOPPOSED *EX PARTE* APPLICATION FOR PREPARATION OF PRE-PLEA PROBATION REPORT LIMITED TO THE ISSUE OF CRIMINAL HISTORY; DECLARATION OF DOUGLAS AXEL** |
| 13 | vs. | |
| 14 | ANDRES BERMUDEZ, | |
| 15 | Defendant. | |
| 16 | | |
| 17 | | **[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |
| 18 | | |

19      **PLEASE TAKE NOTICE** that defendant Andres Bermudez hereby applies to
20 this Court *ex parte* for an order directing the preparation of a pre-plea report limited to
21 determining the defendant's criminal history category.  This application is based on
22 the attached Declaration of Douglas A. Axel.

23
24   Date:  August 23, 2021              SIDLEY AUSTIN LLP

25                                       By:_____/s/ Douglas A. Axel_____
                                             Douglas A. Axel
26                                           Attorney for Defendant
                                             ANDRES BERMUDEZ
27

28

                                    1

# DECLARATION OF DOUGLAS A. AXEL

I, Douglas A. Axel, declare and state:

1. I am a partner at the law firm of Sidley Austin LLP, and am a member of the Criminal Justice Act panel in the Central District of California. I have personal knowledge of the matters set forth in this declaration, and if called to testify thereto, I could and would do so competently.

2. I have been appointed by this Court to represent defendant Andres Bermudez in this action.

3. In order to be able to fully advise Mr. Bermudez of the potential Sentencing Guidelines exposure he may face, I need to understand his criminal history and how that may impact the calculation of his Criminal History Category. To understand these issues I would benefit from the expertise of the United States Probation Office.

4. I am therefore requesting that the Court direct Probation to prepare a pre-plea report in this matter, limited to the issue of determining Mr. Bermudez' criminal history and Criminal History Category.

5. Mr. Bermudez has consented to this Application.

6. On August 20, 2021, I consulted with government counsel, who stated that the government does not oppose this Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed this 23rd day of August 2021, in Los Angeles, California.

                                                         /s/ Douglas A. Axel
                                                         Douglas A. Axel