Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorney for Defendant

ANDRES BERMUDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-04486 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR PREPARATION OF PRE-PLEA REPORT LIMITED TO DETERMINING CRIMINAL HISTORY** |
| vs. | |
| ANDRES BERMUDEZ, | |
| Defendant. | |

Having considered defendant Andres Bermudez' unopposed *Ex Parte* Application for the preparation of a pre-plea report, and for good cause shown, the Court hereby ORDERS United States Probation to prepare a pre-plea report limited to determining the criminal history and Criminal History Category of defendant Bermudez.

IT IS SO ORDERED.

_____    _____
DATE                                                                  HON. MICHAEL R. WILNER
                                                                               UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING APPLICATION FOR PRE-PLEA REPORT