1 Douglas A. Axel (SBN 173814)
  daxel@sidley.com
2 SIDLEY AUSTIN LLP
  555 West Fifth Street
3 Los Angeles, CA 90013
  Telephone: +1 213 896 6000
4 Facsimile: +1 213 896 6600

5 Attorney for Defendant

6 ANDRES BERMUDEZ

```
FILED
CLERK, U.S. DISTRICT COURT
August 23, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY:      VM        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-MJ-04486 |
|---|---|
| Plaintiff, | **ORDER GRANTING APPLICATION FOR PREPARATION OF PRE-PLEA REPORT LIMITED TO DETERMINING CRIMINAL HISTORY** |
| vs. | |
| ANDRES BERMUDEZ, | |
| Defendant. | |

Having considered defendant Andres Bermudez' unopposed *Ex Parte* Application for the preparation of a pre-plea report, and for good cause shown, the Court hereby ORDERS United States Probation to prepare a pre-plea report limited to determining the criminal history and Criminal History Category of defendant Bermudez.

IT IS SO ORDERED.

August 23, 2021                               [signature]
_____                               _____
DATE                                          HON. MICHAEL R. WILNER
                                              UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING APPLICATION FOR PRE-PLEA REPORT