FILED
CLERK, U.S. DISTRICT COURT
9/10/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDRES MATIAS BERMUDEZ,<br>　aka "Tito,"<br><br>　　　　Defendant. | No. 2:21-cr-00421-RGK<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Distribution of, and Possession with Intent to Distribute, Methamphetamine] |

The Acting United States Attorney charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about February 10, 2020, in Los Angeles County, within the Central District of California, defendant ANDRES MATIAS BERMUDEZ, also known as "Tito," knowingly and intentionally distributed, and aided and abetted the distribution of, at least fifty grams, that is, approximately 16.619 kilograms, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about March 28, 2020, in Los Angeles County, within the Central District of California, defendant ANDRES MATIAS BERMUDEZ, also known as "Tito," knowingly and intentionally possessed with intent to distribute at least fifty grams, that is, approximately 58 grams, of methamphetamine, a Schedule II controlled substance.

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
  Money Laundering, and
  Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
  Narcotics, Money Laundering,
  and Racketeering Section

KEITH D. ELLISON
Assistant United States Attorney
International Narcotics, Money
  Laundering, and Racketeering
  Section