```
                                        FILED
                                  CLERK, U.S. DISTRICT COURT

                                       9/10/2021

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY:      JB        DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | No.   2:21-cr-00421-RGK |
| v. | |
| ANDRES MATIAS BERMUDEZ, | **NOTICE TO COURT OF** |
| DEFENDANT | **RELATED CRIMINAL CASE** |
| | (PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

<u>United States v. Chavez</u>, Case No. CR 20-130-AB;
<u>United States v. Olayvar, et al.</u>, Case No. CR 20-135-AB;
<u>United States v. Melkom, et al.</u>, Case No. CR 20-136-AB; and
<u>United States v. Kirakosian</u>, Case No. CR 21-14-AB, which:

   __X__    were previously assigned to the Honorable André Birotte Jr.;

   _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: September 10, 2021     /s/ Keith D. Ellison
                              KEITH D. ELLISON
                              Assistant United States Attorney