

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF  v.  ANDRES BERMUDEZ  DEFENDANT | CASE NUMBER:  2:21-CR-421 AB  **WAIVER OF INDICTMENT** |

I, _____Andres Bermudez_____, the above-named defendant, who is accused of ___Distribution of, and Possession with Intent to Distribute, Methamphetamine___, in violation of ___21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)___, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___September 16, 2021___, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

___9-16-2021___  
Date

___9-16-2021___  
Date

___9/16/21___  
Date

*[signature]*  
Defendant

*[signature]*  
Counsel for Defendant

Before: *[signature]* Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____  
Date

_____  
Interpreter

CR-57 (06/14)                                    **WAIVER OF INDICTMENT**