# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:21-CR-00421  Recorder: CS 09/16/2021  Date: 09/16/2021

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Valencia Munroe                Assistant U.S. Attorney: Jena MacCabe by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ANDRES MATIAS BERMUDEZ, Reg # 42785-509 CUSTODY-PRESENT BY VTC | DOUGLAS A. AXEL, Special appearance by DIANA KWOK PANEL BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Waiver of Indictment submitted, accepted by the Court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge Andre Birotte Jr..
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 11/02/2021 at 8:30 AM
Status Conference 10/01/2021 at 1:30 PM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are directed to contact the Judge's CRD: Carla Badirian at ( 213 ) 894-2833 regarding the setting of dates for the change of plea and all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: VMUN by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA