# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | CR 21-00421-AB | **Date:** | October 1, 2021 |

| | |
|---|---|
| **Present: The Honorable** | **ANDRÉ BIROTTE JR., United States District Judge** |
| Interpreter | N/A |

| Carla Badirian | Chia Mei Jui | Keith D Ellison (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andres Matias Bermudez (video) | √ | √ | | Douglas A Axel, CJA (video) | √ | √ | |

**Proceedings:**    STATUS CONFERENCE
                     [Video Conference-Zoom]

Court and counsel confer regarding the status of the case, including discovery and trial.

For the reasons stated on the record, the jury trial date remains set for November 2, 2021 at 8:30 am.

CC: PSA

                                                                                            00 : 15

                                                Initials of Deputy Clerk   CB