# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| Case No.: CR 21-00421-AB | Date: February 23, 2022 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter | N/A |

| Carla Badirian (video) | Chia Mei Jui | Keith D. Ellison (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andres Matias Bermudez (video) | X | X | | Diana Kwok specially appearing for Douglas A Axel, CJA (video) | X | X | |

**Proceedings:** CHANGE OF PLEA (Held and Completed) [Video Conference-Zoom]

Defendant consents to proceeding by video.

Defendant moves to change plea to the Information.

Defendant now enters a new and different plea of Guilty to Count 1 of the Information.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **June 3, 2022, at 1:30 p.m., for sentencing.**

The Court vacates the Jury Trial date.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

cc:   USPO, PSA

| 00 | : | 30 |

Initials of Deputy Clerk  CB