Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorney for Defendant
ANDRES MATIAS BERMUDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00421-AB |
|---|---|
| Plaintiff, | **DEFENDANT ANDRES BERMUDEZ' OBJECTIONS TO PRESENTENCE REPORT** |
| vs. | |
| ANDRES MATIAS BERMUDEZ, | |
| Defendant. | |

281286844

**TO THE UNITED STATES AND THE UNITED STATES PROBATION OFFICER:**

**PLEASE TAKE NOTICE** that, in accordance with Federal Rule of Criminal Procedure 32(f), Defendant Andres Matias Bermudez hereby states the following objections to the Presentence Investigation Report filed on April 29, 2022:

1. The conviction described in paragraph 38 (date of arrest 06/23/2021) was not sustained by Defendant. Instead, the referenced conviction appears to have been sustained by someone else who shares Defendant's name. (Note that, on the date of the alleged arrest for the conviction described in paragraph 38, Defendant was already in custody for a different offense, as described in paragraph 37.) Accordingly, this conviction and all references to this conviction should be stricken from the PSR and from the Recommendation Letter.

2. Defendant objects to the Criminal History Computation to the extent it includes the conviction erroneously attributed to Defendant in paragraph 38. Defendant also objects to the recommended Guideline range, which is based on an overstated Criminal History Category.

3. Defendant objects to the "Alternate IDs" described on Page 1 of the PSR that are in fact the IDs of the individual who sustained the conviction described in paragraph 38.

4. In paragraph 75, Defendant notes that he attended Nimitz Middle School, not Nimitz High School.

Date: May 13, 2022

SIDLEY AUSTIN LLP

By:      */s/ Douglas A. Axel*
    Douglas A. Axel
    Attorney for Defendant
    ANDRES MATIAS BERMUDEZ

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )  SS
COUNTY OF LOS ANGELES    )
                         )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Los Angeles, CA 90013.

On May 13, 2022, I served the foregoing document(s) described as **DEFENDANT ANDRES MATIAS BERMUDEZ'S OBJECTIONS TO PRESENTENCE REPORT** on all interested parties in this action as follows:

| | |
|---|---|
| Keith D. Ellison | Shani Kochav |
| keith.ellison2@usdoj.gov | shani_kochav@cacp.uscourts.gov |
| Assistant United States Attorney | United States Probation Officer |
| U.S. Department of Justice | United States Probation & Pretrial Services |
| 312 North Spring Street | 255 E. Temple Street |
| Los Angeles, CA 90012 | Los Angeles, CA 90012 |

*Attorneys for Plaintiff United States of America*

☒   (VIA E-MAIL OR ELECTRONIC TRANSMISSION) I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 13, 2022, at Los Angeles, California.

                                              Claudia Espinoza