Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorney for Defendant
ANDRES MATIAS BERMUDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANDRES MATIAS BERMUDEZ,<br><br>　　　　　Defendant. | Case No.  2:21-cr-00421-AB<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING**<br><br>Current Date: June 3, 2022<br><br>Requested Date: June 24, 2022<br><br>Assigned to: Hon. André Birotte, Jr. |

1

1 | Defendant Andres Matias Bermudez ("Bermudez"), by and through his counsel
2 | of record, Douglas A. Axel, and Plaintiff United States of America, by and through its
3 | counsel of record, Assistant United States Attorney Keith D. Ellison, hereby stipulate
4 | as follows:
5 | WHEREAS, Bermudez's sentencing hearing is currently scheduled for June 3,
6 | 2022 (ECF No. 39).
7 | WHEREAS, Bermudez's Presentence Report ("PSR") was disclosed on April
8 | 29, 2022 (ECF No. 41).
9 | WHEREAS, Plaintiff's Sentencing Position was filed on May 11, 2022 (ECF
10 | No. 42).
11 | WHEREAS, Bermudez' Objections to the PSR were filed on May 13, 2022
12 | (ECF No. 43).
13 | WHEREAS, counsel for Bermudez has requested a three week continuance of
14 | the sentencing hearing, to June 24, 2022.
15 | WHEREAS, counsel for Bermudez has conferred regarding this request with
16 | the assigned U.S. Probation Officer and the assigned Assistant U.S. Attorney, both of
17 | which stated that they have no objection to this requested continuance.
18 | / / /
19 | / / /
20 | / / /

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that Bermudez's sentencing date shall be continued from June 3, 2022 to June 24, 2022 at 1:30 p.m. in Courtroom 7B.

IT IS SO STIPULATED.

Date:  May 24, 2022                                 SIDLEY AUSTIN LLP

By:      */s/ Douglas A. Axel*
    Douglas A. Axel
    Attorneys for Defendant
    ANDRES MATIAS BERMUDEZ

Date:  May 24, 2022                                 TRACY WILKISON
United States Attorney

By:      */s/ Keith D. Ellison*
    Keith D. Ellison
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)(i)**

I, Douglas A. Axel, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Douglas A. Axel*
Douglas A. Axel

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) SS
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Los Angeles, CA 90013.

On May 24, 2022, I served the foregoing document(s) described as **JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING** on all interested parties in this action as follows:

| | |
|---|---|
| Keith D. Ellison | Shani Kochav |
| keith.ellison2@usdoj.gov | shani_kochav@cacp.uscourts.gov |
| Assistant United States Attorney | United States Probation Officer |
| U.S. Department of Justice | United States Probation & Pretrial |
| 312 North Spring Street | Services |
| Los Angeles, CA 90012 | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

*Attorneys for Plaintiff United States of America*

☒ (VIA E-MAIL OR ELECTRONIC TRANSMISSION) I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 24, 2022, at Los Angeles, California.

Claudia Espinoza