Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorney for Defendant
ANDRES MATIAS BERMUDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDRES MATIAS BERMUDEZ,<br><br>　　　　　Defendant. | Case No.  2:21-cr-00421-AB<br><br>**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE DEFENDANT'S SENTENCING**<br><br>Current Date: June 3, 2022<br><br>Requested Date: June 24, 2022<br><br>Assigned to: Hon. André Birotte, Jr. |

281624414

# PROPOSED ORDER

The Court, having read and considered the parties' Stipulation to Continue Sentencing, and for good cause shown, hereby ORDERS that defendant Bermudez's sentencing date shall be continued from June 3, 2022 to June 24, 2022 at 1:30 p.m. in Courtroom 7B.

**IT IS SO ORDERED.**

Date:  May __, 2022

HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE