Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorney for Defendant
ANDRES MATIAS BERMUDEZ

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ANDRES MATIAS BERMUDEZ,<br><br>       Defendant. | Case No.  2:21-cr-00421-AB<br><br>**ORDER RE: STIPULATION TO CONTINUE DEFENDANT'S SENTENCING**<br><br>Assigned to: Hon. André Birotte, Jr. |

# ORDER

The Court, having read and considered the parties' Stipulation to Continue Sentencing, and for good cause shown, hereby ORDERS that defendant Bermudez's sentencing date shall be continued from June 3, 2022 to ~~June 24, 2022~~ **July 8, 2022** at 1:30 p.m. in Courtroom 7B.

**IT IS SO ORDERED.**

Date: May 25, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

CC: USPO