Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorney for Defendant
ANDRES MATIAS BERMUDEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDRES MATIAS BERMUDEZ, <br><br> Defendant. | Case No.  2:21-cr-00421-AB <br><br> **SECOND JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING** <br><br> Current Date: July 8, 2022 <br><br> Requested Date: July 15, 2022 <br><br> Assigned to: Hon. André Birotte, Jr. |

282038770

SECOND JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING

Defendant Andres Matias Bermudez ("Bermudez"), by and through his counsel of record, Douglas A. Axel, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Keith D. Ellison (collective, the "Parties", hereby stipulate as follows:

WHEREAS, Bermudez's sentencing hearing is currently scheduled for June 3, 2022 (ECF No. 39).

WHEREAS, Bermudez's Presentence Report ("PSR") was disclosed on April 29, 2022 (ECF No. 41).

WHEREAS, Plaintiff's Sentencing Position was filed on May 11, 2022 (ECF No. 42).

WHEREAS, Bermudez' Objections to the PSR were filed on May 13, 2022 (ECF No. 43).

WHEREAS, the Parties stipulated to continue the sentencing hearing to June 24, 2022, and the Court set a new date of July 8, 2022 (ECF No. 48).

WHEREAS, counsel for Bermudez has an existing conflict on that date and requests a continuance of the sentencing hearing to July 15, 2022.

WHEREAS, counsel for Bermudez has conferred regarding this request with the assigned U.S. Probation Officer and the assigned Assistant U.S. Attorney, both of which stated that they have no objection to this requested continuance.

/ / /

/ / /

/ / /

SECOND JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that Bermudez's sentencing date shall be continued from July 8, 2022 to July 15, 2022 at 1:30 p.m. in Courtroom 7B.

IT IS SO STIPULATED.

Date:  June 2, 2022                                SIDLEY AUSTIN LLP

                                                   By:_____*/s/ Douglas A. Axel*_____
                                                        Douglas A. Axel
                                                        Attorneys for Defendant
                                                        ANDRES MATIAS BERMUDEZ

Date:  June 2, 2022                                TRACY WILKISON
                                                   United States Attorney

                                                   By:  ____*/s/ Keith D. Ellison*_____
                                                        Keith D. Ellison
                                                        Attorneys for Plaintiff
                                                        UNITED STATES OF AMERICA

2

## <u>ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)(i)</u>

I, Douglas A. Axel, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Douglas A. Axel*

Douglas A. Axel

1

### PROOF OF SERVICE

2

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| | ) | SS |
| COUNTY OF LOS ANGELES | ) | |

3

4

5        I am employed in the County of Los Angeles, State of California. I am over the

6  age of 18 years and not a party to the within action. My business address is 555 West

7  Fifth Street, Los Angeles, CA 90013.

8        On June 2, 2022, I served the foregoing document(s) described as **SECOND**

9  **JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING** on all

10  interested parties in this action as follows:

11  Keith D. Ellison                                Shani Kochav
   keith.ellison2@usdoj.gov            shani_kochav@cacp.uscourts.gov
12  Assistant United States Attorney      United States Probation Officer
   U.S. Department of Justice             United States Probation & Pretrial
13  312 North Spring Street                 Services
   Los Angeles, CA 90012                 255 E. Temple Street
14                                                  Los Angeles, CA 90012
15
   *Attorneys for Plaintiff United States of*
16  *America*

17

18  ☒        (VIA E-MAIL OR ELECTRONIC TRANSMISSION) I caused the
           document(s) to be sent to the person(s) at the e-mail address(es) listed
19           above. I did not receive, within a reasonable time after the transmission,
           any electronic message or other indication that the transmission was
20           unsuccessful.

21        I declare under penalty of perjury under the laws of the United States that the

22  foregoing is true and correct.

23        Executed on June 2, 2022, at Los Angeles, California.

24

25                                                  Claudia Espinoza

26

27

28

4