1  Douglas A. Axel (SBN 173814)
2  daxel@sidley.com
   SIDLEY AUSTIN LLP
3  555 West Fifth Street
   Los Angeles, CA 90013
4  Telephone: +1 213 896 6000
5  Facsimile: +1 213 896 6600

6
   Attorney for Defendant
7  ANDRES MATIAS BERMUDEZ

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          Case No.  2:21-cr-00421-AB

13            Plaintiff,               **[PROPOSED] ORDER RE: SECOND
                                       STIPULATION TO CONTINUE
14        vs.                          DEFENDANT'S SENTENCING**
15  ANDRES MATIAS BERMUDEZ,
                                       Current Date: July 8, 2022
16            Defendant.
                                       Requested Date: July 15, 2022
17
                                       Assigned to: Hon. André Birotte, Jr.
18

19

20

21

22

23

24

25

26

27

28

282041162

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROPOSED ORDER**

      The Court, having read and considered the parties' Stipulation to Continue Sentencing, and for good cause shown, hereby ORDERS that defendant Bermudez's sentencing date shall be continued from July 8, 2022 to July 15, 2022 at 1:30 p.m. in Courtroom 7B.

      **IT IS SO ORDERED.**

Date:  June __, 2022

_____

HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE: SECOND STIPULATION TO CONTINUE DEFENDANT'S SENTENCING