# Exhibit A

05 – 2022

This letter is directed to Claudia Espinosa secretary to the attorney of Andres Bermudez from his parents Regina Bermudez and Rafael Bermudez. We speak about our son's demeanor.  He is a good son, always respected us, was never in gangs, was always an excellent son to us, very friendly, loved by all of my family and his mom's family, has good friends, was always in sports; he played American football at Grand High School in North Hollywood.  God willing you help him a lot.  His children need him as well as we do.  They live with us.  We are elderly now.  There are 4 children.  I hope you understand my writing.  God willing he is with us soon, he helped us a lot with the kids.

Thank you and God bless you.

Rafael          Regina

### Certification of Translator's Competence

I, Claudia Espinoza, attest to my competency to translate from Spanish to English, and I certify this is a correct English translation from the Spanish-language document attached hereto.

Dated: May 9, 2022

_____
Claudia Espinoza

Esta carta ba dirigida a Claudia Espinosa Secretaria del abogado de Andres Bermudez de parte de sus padres Regina Bermudez y Rafael Bermudez hablamos del comportamiento de nuestro hijo el es un buen hijo siempre nos respeto nunca anduvo en gangas siempre estuvo con nosotros exelente hijo muy amigable querido por toda mi familia y familia de la mama tiene buenos amigos siempre estuvo en deportes Jugo futbool americano en la H. schol de la Grand North Holywood Primero dios le ayuden mucho sus hijos lo necesitan igual que nosotros ellos viven con nosotros yo estamos mayores de edad son 4 niños. espero me entienda mi letra primero dios que pronto este con nosotros nos ayudara mucho con los niños
  Gracias.
y que Dios los bendiga

Rafael          Regina

2

Antonia Gomez
4715 E. 57th St.
Maywood, CA  90270
323-447-9896

To Whom It May Concern:

May this serve as a character reference letter to Andres Bermudez.  Andres Bermudez is my nephew.  He is my sister, Regina Bermudez son.  He is the middle child of three boys.  During his childhood years I did not have the pleasure of being close to Andres.  Till later on in life.

Andres is a true leader; He was an excellent football player in school.  He later got together with the mother of his children, at that point I really don't know what happened, however he loved his children, and they were very close to him.

Which was the reason why at the time I opened a motivational school and I invited Andres to attend the seminars to see what was going on in his life and how the classes could helped him and his family.  Which at that time when he took the classes it did helped him out a lot and he became the father of his children he was before.  I believe that he is ready to go back to society and once in while interact with his children, so he could get to know them better.

In summary, I highly recommend Andres Bermudez to go back to society.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Antonia Gomez*
Antonia Gomez, Aunt

3

May 17, 2022

Regarding: Andres Bermudez

To whom it may concern:

I am writing this letter for Andres Bermudez my name is Margarita Gomez and I am Andres's aunt. I just wanted to tell you I highly recommend Andres as being a respectful adult. he would come to the house and cleaned my back yard. And cut the trees and I never complained about he does the jobs I told him to do. I highly recommend him as being a good father to.

When he was growing up, he used to come to the house and waited for his mom and dad to come home from work sometimes we would go to his games he was in baseball and football. I really loved to see him at family gatherings he has been a respectful guy all the time when they moved from Maywood to VanNuy, CA I would not see him as often, when he lived in Maywood. He would visit a to kick back with his cousins.

When my sister started a program in A-live he would be an inspiration to the group he was in the support group to a lot of young adults his age. Alive is a group where they teaches you goals in live and what you wanted to do with in life the also showed you how to love ;yourself and to reach out for your goals in life. He also learned how to communicate with people and family I really love being around him he is a great young adult and I would like for him to be around for his kids and teach them what he learned in alive. His kids went to alive too so maybe they can go and help out other kids.

When I heard he was in jail I was shocked please take in consideration that given a chance he can change his children and his life around.

MARGARITA GOMEZ

AUNT



Rafael Bermudez
5235 kester ave
Sherman oaks, CA 91411

5-19-2022

Dear Judge

I am writing this letter given my dear brother, Andrez Bermudez. I want to bring to your attention the kind of person that he is despite the grave allegations that he has faced in recent time. This is not the brother I know, and I'd like to give you a perspective that shows that he is more than the sum of his actions.

My brother has always been there for me and his family, willing to lend a hand with everything from helping me remodel our parents home to helping coach his and my kids football team. My brother has a big heart he loves to help everyone he will give you his



last dollar. My brother is loved by all his friends they're always asking about his well-being. My brother is a great person a good father and good son.

I hope you look into this matter and consider this character reference latter before passing on any verdict. Andrez will strive to make amends, and I am sure we will get to see his good works bringing results to our society again.

Thank you

Yours sincerely,
Rafael Bermudez