1 | Douglas A. Axel (SBN 173814)
2 | daxel@sidley.com
  | SIDLEY AUSTIN LLP
3 | 555 West Fifth Street
4 | Los Angeles, CA 90013
  | Telephone: (213) 896-6000
5 | Facsimile: (213) 896-6600
6 |
7 | Attorneys for Defendant
  | ANDRES MATIAS BERMUDEZ
8 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00421-AB |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING** |
| vs. | |
| ANDRES MATIAS BERMUDEZ, | Current Date: July 15, 2022 |
| Defendant. | Requested Date: August 5, 2022 |
| | Assigned to: Hon. André Birotte, Jr. |

Defendant Andres Matias Bermudez ("Bermudez"), by and through his counsel of record, Douglas A. Axel, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Keith D. Ellison, hereby stipulate as follows:

WHEREAS, Bermudez's sentencing hearing is currently scheduled for July 15, 2022 (ECF No. 50).

WHEREAS, Bermudez's counsel, Douglas Axel, tested positive for COVID and promptly notified the Court and Plaintiff's counsel on July 14, 2022.

283349955

1

1  WHEREAS, in light of the CDC-recommended five-day quarantine period, counsel for Bermudez is unable to attend the sentencing hearing.

WHEREAS, the Parties have conferred and stipulated to continue the sentencing hearing to August 5, 2022 at 3:00 p.m., or some other time convenient to the Court during the week of August 1st.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that Bermudez's sentencing date shall be continued from July 15, 2022 to August 5, 2022 at 3:00 p.m. in Courtroom 7B, or some other time convenient to the Court during the week of August 1st.

IT IS SO STIPULATED.

Date:  July 15, 2022                SIDLEY AUSTIN LLP

                                    By:      /s/ Douglas A. Axel
                                        Douglas A. Axel
                                        Attorneys for Defendant
                                        ANDRES MATIAS BERMUDEZ

Date:  July 15, 2022                TRACY WILKISON
                                    United States Attorney

                                    By:     /s/ Keith D. Ellison
                                        Keith D. Ellison
                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)(i)**

I, Douglas A. Axel, am the ECF user whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ Douglas A. Axel

Douglas A. Axel

3

JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Los Angeles, CA 90013.

On July 15, 2022, I served the foregoing document(s) described as **JOINT STIPULATION TO CONTINUE DEFENDANT'S SENTENCING** on all interested parties in this action as follows:

| | |
|---|---|
| Keith D. Ellison | Shani Kochav |
| keith.ellison2@usdoj.gov | shani_kochav@cacp.uscourts.gov |
| Assistant United States Attorney | United States Probation Officer |
| U.S. Department of Justice | United States Probation & Pretrial Services |
| 312 North Spring Street | 255 E. Temple Street |
| Los Angeles, CA 90012 | Los Angeles, CA 90012 |

*Attorneys for Plaintiff United States of America*

☒ (VIA E-MAIL OR ELECTRONIC TRANSMISSION) I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 15, 2022, at Los Angeles, California.

Claudia Espinoza