1  Douglas A. Axel (SBN 173814)
2  daxel@sidley.com
   SIDLEY AUSTIN LLP
3  555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600
6
   Attorney for Defendant
7  ANDRES MATIAS BERMUDEZ
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,        Case No. 2:21-cr-00421-AB
12
              Plaintiff,            **[PROPOSED] ORDER RE:
13                                  STIPULATION TO CONTINUE
        vs.                         DEFENDANT'S SENTENCING**
14
   ANDRES MATIAS BERMUDEZ,          Current Date: July 15, 2022
15
              Defendant.            Requested Date: August 5, 2022
16
17                                  Assigned to: Hon. André Birotte, Jr.
18
19
20
21
22
23
24
25
26
27
28

# **PROPOSED ORDER**

The Court, having read and considered the parties' Stipulation to Continue Sentencing, and for good cause shown, hereby ORDERS that defendant Bermudez's sentencing date shall be continued from July 15, 2022 to August 5, 2022 at 3:00 p.m. in Courtroom 7B.

**IT IS SO ORDERED.**

Date: July __, 2022

                                                                           _____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE