1  Douglas A. Axel (SBN 173814)
2  daxel@sidley.com
   SIDLEY AUSTIN LLP
3  555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: (213) 896-6000
5  Facsimile: (213) 896-6600
6
   Attorney for Defendant
7  ANDRES MATIAS BERMUDEZ
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00421-AB |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION TO CONTINUE DEFENDANT'S SENTENCING** |
| vs. | |
| ANDRES MATIAS BERMUDEZ, | Current Date: July 15, 2022 |
| Defendant. | Requested Date: August 5, 2022 |
| | Assigned to: Hon. André Birotte, Jr. |

# ORDER

The Court, having read and considered the parties' Stipulation to Continue Sentencing, and for good cause shown, hereby ORDERS that defendant Bermudez's sentencing date shall be continued from July 15, 2022 to August 5, 2022 at 3:00 p.m. in Courtroom 7B.

**IT IS SO ORDERED.**

Date: July 19, 2022



HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE