1  Douglas A. Axel (SBN 173814)
2  daxel@sidley.com
   SIDLEY AUSTIN LLP
3  555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone: +1 213 896 6000
5  Facsimile: +1 213 896 6600

6
   Attorney for Defendant
7  ANDRES MATIAS BERMUDEZ

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11  UNITED STATES OF AMERICA,          Case No.  2:21-cr-00421-AB

12           Plaintiff,                **DEFENDANT ANDRES
                                        BERMUDEZ' *EX PARTE***
13       vs.                           **APPLICATION TO SHORTEN
                                        TIME AND TO SET A HEARING ON**
14  ANDRES MATIAS BERMUDEZ,            **DEFENDANT'S MOTION TO
                                        CORRECT SENTENCE PURSUANT**
15           Defendant.                **TO F.R.C.P. 35(a); DECLARATION
                                        OF DOUGLAS A. AXEL**
16
17                                     Proposed Order Filed Concurrently
18                                     Herewith
19
20                                     Assigned to: Hon. André Birotte, Jr.
21

22

23

24

25

26

27

28

---

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that Defendant Andres Bermudez ("Bermudez")

3   hereby applies to this Court *ex parte* requesting that the Court shorten time on his

4   Motion to Correct Sentence Pursuant to Fed. R. Crim. P. 35(a) (Dkt. 55) and to

5   schedule a hearing on that Motion **on or before August 19, 2022**.

6     On August 5, 2022, this Court sentenced Bermudez to 190 month

7   imprisonment.  On August 8, 2022, Bermudez filed a Motion to Correct Sentence

8   Pursuant to Fed. R. Crim. P. 35(a) (Dkt. 55), based on the fact that a recent conviction

9   erroneously included in Bermudez' PSR may have affected the sentence imposed.

10   Rule 35(a) allows courts to correct any sentence "that resulted from arithmetical,

11   technical, or other clear error," but only if the correction is made within "14 days,

12   including intermediate Saturdays, Sundays, and legal holidays."  Rule 35, Advisory

13   Committee Note (2009).  As applied here, any such correction must be made on or

14   before **<u>Friday, August 19, 2022</u>**.  Accordingly, Bermudez requests that the Court

15   shorten time on his motion and schedule a hearing on or before August 19.

16     Government counsel does not object to this Application.  Although the assigned

17   prosecutor, AUSA Keith Ellison, is currently in trial, he can be available to attend a

18   hearing on Friday, August 19.  Accordingly, Bermudez requests a hearing on that day,

19   at a time convenient to the Court.

20

21   Date:  August 12, 2022                    Respectfully submitted,

22                                             SIDLEY AUSTIN LLP

23                                             By:_____*/s/ Douglas A. Axel*_____

24                                                 Douglas A. Axel

25                                             Attorney for Defendant

26                                             ANDRES MATIAS BERMUDEZ

27

28

1

DEFENDANT'S *EX PARTE* APPLICATION TO SHORTEN TIME AND SET A HEARING DATE

## **DECLARATION OF DOUGLAS A. AXEL**

I, Douglas A. Axel, declare and state:

1.      I am an attorney with the law firm of Sidley Austin LLP, and am a member of the Criminal Justice Act panel in the Central District of California.  I have personal knowledge of the matters set forth in this declaration, and if called to testify thereto, I could and would do so competently.

2.      On August 11, 2022, I exchanged emails with AUSA Keith Ellison regarding defendant Bermudez' application to shorten time and schedule a hearing on his Motion to Correct Sentence Pursuant to Rule 35(a).  AUSA Ellison stated that the government has no objection to Bermudez' application.

3.      AUSA Ellison is currently in trial, but stated that he could be available to attend a hearing on Friday, August 19.  Although that is the last day on which the Court can correct the sentence under Rule 35(a), defense counsel believes it would be helpful for AUSA Ellison to attend personally.

4.      Accordingly, Bermudez requests that the Court schedule a hearing on his Motion to Correct Sentence on Friday, August 19, 2022, at a time convenient to the Court.  If the Court is unavailable that day, Bermudez requests that the Court schedule the hearing at a convenient time before August 19, as that is the last day the Court has the power to correct the sentence under Rule 35(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed this 12th day of August 2022, in Los Angeles, California.

_/s/ Douglas A. Axel_
Douglas A. Axel

2

DEFENDANT'S *EX PARTE* APPLICATION TO SHORTEN TIME AND SET A HEARING DATE

4886-7574-5070