Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Attorney for Defendant
ANDRES MATIAS BERMUDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDRES MATIAS BERMUDEZ,<br><br>　　　　Defendant. | Case No.  2:21-cr-00421-AB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ANDRES MATIAS BERMUDEZ'** *EX PARTE* **APPLICATION TO SHORTEN TIME AND SET A HEARING ON HIS MOTION TO CORRECT SENTENCE (DKT. 55)**<br><br><br>Assigned to: Hon. André Birotte, Jr. |

# **PROPOSED ORDER**

The Court, having read and considered Defendant's *Ex Parte* Application, and for good cause shown, hereby sets a hearing date of August ___, 2022 at _____ in Courtroom 7B for Defendant's Motion to Correct Sentence Pursuant to Fed. R. Crim. P. 35(a) (Dkt. 55).

**IT IS SO ORDERED.**

Date:  August __, 2022

HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE