JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CR 21-00421-AB | Date: August 5, 2022 |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
| Interpreter: | N/A |

| Carla Badirian | Chia Mei Jui | Rachel Agress |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andres Matias Bermudez | √ | √ | | Douglas A. Axel, CJA | √ | √ | |

**Proceedings:**   SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, all remaining count(s) in the underlying Information, ordered dismissed.

                                                                                                            :   30

                                                                                    Initials of Deputy Clerk   CB