UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cr-00421-AB-1 | Date: | August 1~~0~~1, 2022 |
|---|---|---|---|

| Title: | *USA v. Bermudez* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:    [In Chambers] ORDER DENYING DEFENDANT'S RULE 35(a) MOTION TO CORRECT SENTENCE**

The Court has read and considered Defendant Andres Matias Bermudez's Motion to Correct Sentence Pursuant to Fed. R. Crim. P. 35(a) ("Motion").  (Dkt. No. 55). In sentencing Defendant, the Court considered the revised Pre-Sentence Report ("PSR"), and the Court was not influenced by a criminal conviction in paragraph 38 that was mistakenly included in the original PSR.  Defendant's criminal history includes several violent convictions, including two convictions for felony domestic violence.  Because of these prior felony convictions for crimes of violence as well as meeting the other applicable criteria, Defendant was deemed a Career Offender and was ineligible for a reduction of sentence below the mandatory minimum sentence.  This background alone merits a significant sentence and distinguishes him from other defendants in the case.  Nevertheless, the Court imposed a sentence that was below the recommended sentencing guideline range *and* below the recommendations of both the Government and the United States Probation and Pretrial Services Office.  While Defendant may be disappointed with his sentence, there is no "arithmetical, technical or other clear error" that warrants a correction of the sentence.  Accordingly, Defendant's Motion is **DENIED**.

**IT IS SO ORDERED**.