# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:21-CR-00421-AB | Date: | August 16, 2022 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter | N/A |

| Damon Berry | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v.: | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andres Matias Bermudez | | | | | | | |

**Proceedings:**   [IN CHAMBERS] ORDER DENYING EX PARTE APPLICATION

On August 12, 2022, Defendant Andres Matias Bermudez filed an *Ex Parte* Application to Shorten the Time and to Set a Hearing on Defendant's Motion to Correct Sentence Pursuant to Fed. R. Civ. P. 35(a).  (*See* ECF No. 56.)  For the reasons stated in the Court's August 11, 2022 Order Denying Defendant's Rule 35(a) Motion to Correct Sentence, (*see* ECF No. 60), the *Ex Parte* Application is **DENIED**.

**IT IS SO ORDERED.**