| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 7 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

v.

ANDRES MATIAS BERMUDEZ, AKA Andres Bermudez, AKA Rafael Alejandro Bermudez, AKA Tito,

        Defendant-Appellant.

No. 22-50184

D.C. No. 2:21-cr-00421-AB-1
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    The motion (Docket Entry No. 2) of appellant's appointed counsel, Douglas A. Axel, Esq., to withdraw as counsel of record and to appoint new counsel, is granted.

    The Clerk will electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

    Appellant must designate the reporter's transcript by October 11, 2022. The transcript is due November 10, 2022. The opening brief and excerpts of record are

due December 20, 2022; the answering brief is due January 19, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

Former counsel is reminded that, in future appeals, a motion to withdraw must be served on defendant, and the proof of service must include defendant's current address.  *See* 9th Cir. R. 4-1(c).

The Clerk will serve this order on former counsel and appellant individually: Reg. No. 42785-509, FCI Victorville Medium II, Federal Correctional Institution, P.O. Box 3850, Adelanto, CA 92301.