FILED

MAR 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   22-50184 |
| Plaintiff-Appellee, | D.C. No. 2:21-cr-00421-AB-1<br>Central District of California,<br>Los Angeles |
| v. | |
| ANDRES MATIAS BERMUDEZ, AKA Andres Bermudez, AKA Rafael Alejandro Bermudez, AKA Tito, | ORDER |
| Defendant-Appellant. | |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 14) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Karen Golinski
Deputy Clerk
Ninth Circuit Rule 27-7